MCLAIN LAND AND INVESTMENT COMPANY V. JOSEPH REDMAN, *et al.*

(Filed February 18, 1902.)

MCLAIN LAND AND INVESTMENT COMPANY V. GEO. W. TATE, *et al.*

(Filed February 18, 1902.)

MCLAIN LAND AND INVESTMENT COMPANY V. CHARLES GENNOR, *et al.*

(Filed February 18, 1902.)

MCLAIN LAND AND INVESTMENT COMPANY V. ALLEN MACK. *et al.*

(Filed February 18, 1902.)

MCLAIN LAND AND INVESTMENT COMPANY V. J. M. ASHURST, *et al.*

(Filed February 18, 1902.)

MCLAIN LAND AND INVESTMENT COMPANY V. HATTIE SMITH, *et al.*

(Filed February 18, 1902.)

*Error from the District Court of Kingfisher County; before C. F. Irwin, Trial Judge.*

*W. C. Stevens,* for plaintiff in error.

*Boynton & Smith,* for defendant in error.

PER CURIAM: The judgment of the court below is affirmed in these cases upon the reasoning and conclusion of the *"McLain Land and Investment Company v. Elim Jelts, et al.,"* decided at this term.